**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST,<br>Plaintiff,<br><br>v.<br><br>ELMWOOD PARK SCHOOL DISTRICT #401 and JANE DOE,<br><br>Defendants. | CASE NO.: 1:25-cv-02770 |

**JOINT NOTICE OF SETTLEMENT**

The Parties hereby notify the court that they have reached a settlement. The Parties respectfully request 60 days to conclude the necessary process in the underlying action at which time this matter should be dismissed.

Dated: May 15, 2025

Respectfully submitted:

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST

/s/ *Dennis M. Dolan* (6629150)
Dennis M. Dolan, One of Its Attorneys
LITCHFIELD CAVO LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
Direct: (312) 781-6641
Email: Dolan@LitchfieldCavo.com

ELMWOOD PARK SCHOOL DISTRICT #401

/s/ *Rosa M. Tumialan* (6226267)
Rosa M. Tumialan
TRESSLER, LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Direct: (312) 627-4191
Email: rtumialan@tresslerllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 15, 2025.

By: /s/ *Dennis M. Dolan*